Case 4:22-cr-00553   Document 10   Filed on 11/02/22 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED
*November 02, 2022*
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. **4:22cr553** |
| | § |
| JAYLON BOSTON | § |
| Defendant | § |

# I N D I C T M E N T

**THE UNITED STATES GRAND JURY CHARGES:**

## COUNT ONE

**(Title 18, United States Code, §§ 2119 – Carjacking)**

On or about September 27, 2022, in the Houston Division of the Southern District of Texas,

**JAYLON BOSTON**

defendant herein, with the intent to cause death and serious bodily harm, did intentionally take a motor vehicle, namely, a 2012 Toyota Camry, that had been transported, shipped, and received in interstate and foreign commerce, from the person and in the presence of another, namely, Yogesh Sharma, by force and violence and by intimidation, in violation of Title 18, United States Code, Sections 2119.

Discharge of a Firearm During and in Relation to a Crime of Violence, Resulting in Death

On or about September 27, 2022, in the Houston Division of the Southern District of Texas,

**JAYLON BOSTON**

defendant herein, did knowingly brandish and discharge a firearm, namely, a handgun, and did cause the death of a person, to wit: Yogesh Sharma, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being Carjacking, as alleged in Count One.

In violation of Title 18, United States Code, §§ 924(j)(1).

A TRUE BILL

**Original Signature on File**
GRAND JURY FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_(signed)_
Jill Jenkins Stotts
ASSISTANT UNITED STATES ATTORNEY

2